COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner

CATHERINE REBECCA ROGERS

v.      Record No. 0223-15-3

VPI STATE UNIVERSITY/
  COMMONWEALTH OF VIRGINIA

MEMORANDUM OPINION[*]
PER CURIAM
SEPTEMBER 15, 2015

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Catherine Rebecca Rogers, *pro se*, on brief).

(Mark R. Herring, Attorney General; Rhodes B. Ritenour, Deputy
Attorney General; Scott J. Fitzgerald, Senior Assistant Attorney
General; Mary Hendricks Hawkins, Assistant Attorney General, on
brief), for appellee.

Catherine Rebecca Rogers (claimant) appeals the decision by the Workers'

Compensation Commission (commission) denying her request for benefits because claimant

failed to prove an injury by accident. On appeal, claimant argues that (1) the evidence proved an

injury by accident; and (2) the commission erred in finding that she did not meet the

requirements for the admission of after-discovered evidence.

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its opinion.

See Rogers v. VPI State Univ., JCN VA00000928885 (Jan. 9, 2015). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

in the materials before the Court and argument would not aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.[1]

<u>Affirmed.</u>

---

[1] VPI State University/Commonwealth of Virginia moved to dismiss the appeal because claimant failed to comply with Rules 5A:2, 5A:4(b), 5A:20, 5A:24, 5A:25, and 5A:26. Since we summarily affirm, we deny the motion to dismiss.